Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VALERIE BUTLER, | ) | Case No. CV 09-7784 AN |
|---|---|---|
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed, and that this matter is remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. §405(g) consistent with the Order.

DATED: July 28, 2010

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE